## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,**<br><br>             **Plaintiff,**<br><br>        **v.**<br><br>**ATLANTIC CRANE INSPECTION SERVICES INC.,**<br><br>             **Defendant.** | **CIVIL ACTION NO.  24-1323** |

## ORDER

**AND NOW,** this 26th day of March 2025, upon consideration of the pending motions and responses, it is hereby **ORDERED** that:

1. Atlantic Crane's Motion for Judgment on the Pleadings [Doc. No. 14] is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

2. Associated Industries' Cross-Motion for Judgment on the Pleadings [Doc. No. 15] is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion. Associated Industries is not obligated to defend or indemnify Atlantic Crane in the underlying state court actions.

3. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**